## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| SCOTT SNYDER, | : | No. 487 WAL 2015 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| GEORGE M. THOMAS III, EXECUTOR | : | |
| OF THE ESTATE OF GEORGE M. | : | |
| THOMAS, JR., ALSO KNOWN AS | : | |
| GEORGE THOMAS, DECEASED, AND | : | |
| GEORGE M. THOMAS III, EXECUTOR | : | |
| OF THE ESTATE OF DOROTHY L. | : | |
| THOMAS, DECEASED, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.